# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0981
Lower Tribunal No. 2020-CF-006184-A-O

_____

ERIC MARTIN, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Leticia Marques, Judge.

April 7, 2026

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and PRATT, JJ., concur.


Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Senior Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED